# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| THERESA D. HUSKEY, )<br>     Plaintiff, )<br>)<br>vs. )<br>)<br>MICHAEL J. ASTRUE,[1] )<br>COMMISSIONER OF )<br>SOCIAL SECURITY )<br>     Defendant. )<br>_____) | Case No. 06-4065-JAR |

## ORDER

Ten days having passed, and no written objections being filed to the proposed findings and recommendations filed by the magistrate judge John Thomas Reid, and after a de novo determination upon the record pursuant to Fed. R. Civ. P. Rule 72(b), the Court accepts the recommended decision and adopts it as its own.

Dated this 5th day of July, 2007.

              S/ Julie A. Robinson
              Julie A. Robinson
              United States District Judge

---

[1] In February 2007, Michael J. Astrue was sworn in as the new Commissioner of the Social Security Administration. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue is substituted for Commissioner Jo Anne B. Barnhart as the defendant in this suit.